DAVID A. ROSENBERG
Nevada Bar No.: 10738
US BANKRUPTCY TRUSTEE
5030 Paradise Road, #B-215
Las Vegas, Nevada 89119
Phone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

RECEIVED AND FILED

2015 SEP 14 PM 12 37

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In Re:
THOMPSON, CATHERINE

Debtor(s)

Case No.: BK-S-06-10039 LED

Chapter 7

Hearing Date : N/A
Hearing Time: N/A

To: United States Bankruptcy Court Clerk
From: David A. Rosenberg, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant Address | CAS 10600 | CAS 613300 |
|---|---|---|---|
| 1 | Allstate Adjustment Bureau<br>1050 E Flamingo Rd #E320<br>Las Vegas, NV 89119 | | $3,476.74 |
| 4 | Capital One<br>PO Box 85520<br>Richmond, VA 23285 | | $3,672.20 |
| 5 | Chase Providian<br>PO Box 41448<br>Philadelphia, PA 19101 | | $5,924.35 |
| 6 | Collect America<br>1999 Broadway<br>Denver, CO 80202 | | $967.49 |
| 7 | Coxhealth Prof Collections<br>210 S Union Avenue<br>Springfield, MO 65802 | | $226.66 |
| 8 | Direct Merchant Bank<br>2425 Commerce Ave. Ste 10<br>Duluth, GA 30096 | | $6,886.52 |
| 9 | First North American National<br>9960 Maryland Drive<br>Richomd, VA 23233 | | $895.99 |

1

223667 - $24,831.49

| # | Name/Address | | Amount |
|---|---|---|---|
| 10 | Missour Medical Collect Inc.<br>3952 S. Fairview Avenue<br>Springfield, MO 65807 | | $864.05 |
| 11 | NCO Fin/35<br>PO Box 41726<br>Philadelphia, PA 19101 | | $1,327.26 |
| 12 | Syndicated Office Systems<br>PO Box 66051<br>Anaheim, CA 92816 | | $590.23 |
|  |  | 0 | $24,831.49 |

Date: August 19, 2015

_____
David A. Rosenberg, Trustee

Note:  Claims that are $25.00 or less go into CAS 106000.
       Claims that are more than $25.00 go into CAS 613300.
       The amounts that are to be deposited into the registry can be written on one check.